1  ARTHUR A. HARTINGER (SBN 121521)                    **E-filed 3/8/07**
   ahartinger@meyersnave.com
2  JESSE J. LAD (SBN 229389)
3  jlad@meyersnave.com
   MEYERS, NAVE, RIBACK, SILVER & WILSON
4  555 12th Street, Suite 1500
   Oakland, CA 94607
5  Telephone:   (510) 808-2000
6  Facsimile:   (510) 444-1108

7  Attorneys for Defendants
   SANTA CLARA VALLEY WATER DISTRICT,
8  JAMES FIEDLER, NAI HSUEH, and KATHERINE OVEN

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13
   BELINDA A. ALLEN,                      Case No. 06-CV-05951 JF
14
         Plaintiff,
15                                        [PROPOSED] ORDER CHANGING THE
   v.                                     DEADLINE TO COMPLETE ADR
16
   SANTA CLARA VALLEY WATER               (Civil L. R. 6-2(a), (b), 7-12)
17 DISTRICT, JAMES FIEDLER, NAI
   HSUEH, KATHERINE OVEN, and DOES
18 1 to 100, inclusive,
19
         Defendants.
20

21        Having considered the parties' Stipulated Request for an Order rescheduling the

22 date to complete mediation or early neutral evaluation as well as the supporting

23 declaration of defense counsel Arthur A. Hartinger, and good cause appearing,

24        IT IS HEREBY ORDERED that the deadline to complete mediation or early

25 neutral evaluation in this lawsuit is extended from April 12, 2007 to May 10, 2007.

26
   Dated:   March  7  , 2007          _____
27                                    Honorable Jeremy Fogel
28                                    United States District Court

   942487_1.DOC

Order Changing Deadlines to Complete ADR                Case No. 06-CV-05951 JF