**\*\*E-filed 1/4/08\*\***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| BELINDA ALLEN,<br><br>        Plaintiff,<br><br>   v.<br><br>SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>        Defendants. | Case No. CV-06-5951-JF<br><br>ORDER OF DISMISSAL |

On December 13, 2007, the parties hereto, by their counsel, have advised the Court that they have agreed to a settlement of this case.

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing ORDER SHALL STAND VACATED

and this cause shall forthwith be restored to the calendar to be set for trial.

DATED: 1/4/08

/s/ electronic signature
_____
JEREMY FOGEL
United States District Judge

ORDER OF DISMISSAL